IN THE UNITED STATES DISTRICT COURT
                     FOR THE EASTERN DISTRICT OF TEXAS
                              SHERMAN DIVISION

| | |
|---|---|
| SEQUOIA FRANKFORD SPRINGS 1, § | |
| LP, et al. § | |
|     Plaintiffs, § | |
| § | |
| VS. § | Case No. 4:10cv375 |
| § | |
| DONALD G. BEHUNIN, the § | |
| Personal Representative of the § | |
| Estate of GAGE B. BEHUNIN, et al. § | |
|     Defendant. § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On January 26, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiffs' Motion to Remand Removed Action (Dkt. 10) be GRANTED and that this case be remanded to the 211th Judicial District Court of Denton County, Texas.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Plaintiffs' Motion to Remand Removed Action (Dkt. 10) is GRANTED and this case is remanded to the 211th Judicial District Court of Denton County, Texas.

**IT IS SO ORDERED.**

**SIGNED this the 28th day of February, 2011.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE